In the Matter of the Application of Joseph M. Perrine and Bernard Corn, Appellants, for a Peremptory Mandamus Order against Albert E. Kleinert, as Superintendent of the Bureau of Buildings of the Borough of Brooklyn, City of New York, Respondent.— Order as resettled, granting motion for reargument, denying motion for a peremptory mandamus order and vacating and setting aside an alternative mandamus order, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of John Ready, Relator, for a Certiorari Order against William A. O'Rourke and Others, as Police Commissioners of the Town of Eastchester, Westchester County, New York, Respondents.— Determination of police commissioners of the town of Eastchester unanimously confirmed and certiorari proceeding dismissed, with twenty-five dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of Morris Zurit, Trading as The Little Fur Shop, to Louis Feldman, Assignee, Appellant. Joseph Shultz, Respondent.— Order directing assignee to surrender certain coats reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the order is unauthorized and that the petitioner is bound to establish his title by action. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

Walter S. Klee, as Trustee, Respondent, v. Crossways Apartments Corporation and Others, Defendants, and Cornaga Avenue Holding Corporation, Appellant. Frederick S. Benson, Receiver, Respondent.— Order settling account of receiver reversed upon the law and the facts, with ten dollars costs and disbursements to appellant, and matter remitted to the Special Term for the taking of testimony by the court, or by an official referee to be designated by the court, on the questions presented by the objections filed to the receiver's account, and for a resettlement of the account in accordance with the findings that may be made after such rehearing. The receiver's account should not have been settled on affidavits. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

Fortunata Mastrobuono, Respondent, v. Brooklyn Home Heating Corporation and Others, Defendants, and Leo Eisemann and Gerard N. Lemon, Copartners, Doing Business under the Firm Name and Style of Gerard Commercial Company, Appellants.— Order denying motion to strike out denial in plaintiff's reply and for judgment on the pleadings affirmed, with ten dollars costs and disbursements. We are of opinion that the issue of prior adjudication should be determined upon facts to be elicited at a trial. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.